AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

United States of America
v.

IAN A. BRINKSMAN

*Defendant(s)*

Case No. 1:26-mj-423

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of March 11 through October 5, 2026 in the county of Fairfax in the Eastern District of Virginia, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 18 U.S.C. 793(d) | Transmission of national defense information |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

s/ John Althen
*Complainant's signature*

FBI SA John Althen
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/23/2026

*Judge's signature*

City and state: Alexandria, Virginia

Honorable William E. Fitzpatrick
*Printed name and title*