IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| v. | ) | Case No. 1:26-mj-00423 |
| IAN A. BRINKSMAN, | ) | |
| *Defendant*. | ) | |

**ORDER**

Before the Court is the Government's Emergency Motion for Stay and Appeal of Magistrate Judge's Order of Release (the "Motion"), [Doc. No. 17], in which it appeals the denial of its motion for pre-trial detention of the Defendant and requests a stay of Judge William Porter's order granting Defendant's release pending the Court's review of that appeal. Upon consideration of the Government's Motion, it is hereby:

**ORDERED** that U.S. Magistrate Judge William Porter's release order is **STAYED** pending further Order of this Court; and it is further

**ORDERED** that a hearing on the Motion will be held before this Court at 3:30 p.m on October 28, 2026.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
Anthony J. Trenga
Senior United States District Judge

October 28, 2026
Alexandria, Virginia