IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>IAN JAMES BRINKSMAN,<br>*Defendant*. | Case No. 1:26-mj-423 |

**CONSENT MOTION TO EXTEND TIME FOR INDICTMENT**

The United States of America, by and through undersigned counsel, and the defendant – Ian James Brinksman – and his counsel, moves the Court to extend the time to indict this case through and including December 21, 2026. In support thereof, the parties state as follows:

1. A complaint was filed in the Eastern District of Virginia on October 23, 2026, charging the defendant with unauthorized transmission of national defense information to a person who was not authorized to receive it, in violation of Title 18, United States Code, Section 793(d). The defendant made his initial appearance in the District on the same date. A detention hearing and preliminary hearing was conducted on October 27, 2026. U.S. Magistrate Judge William Porter found that the government had met its burden in the preliminary hearing, and not met its burden in the detention hearing. The government appealed Judge William Porter's detention determination to Senior U.S. District Court Judge Anthony Trenga who likewise held that the government had not met its burden as to detention and ordered the defendant released subject to certain conditions.

2. The Speedy Trial Act requires that the defendant be indicted within thirty days of the defendant's arrest after subtracting all excludable time, including the time any pretrial motions are pending. 18 U.S.C. § 3161(h)(1)(D). The parties' estimate of the current deadline to indict this case is November 22, 2026.

3. The parties seek additional time (approximately 30 days) to work towards a non-trial

disposition.. Extending the time period would be in the best interest of justice in that it would give the government time to provide pre-indictment discovery to defense counsel and would allow defense counsel to review and assess discovery and discuss it with their client. An additional consideration is that discovery in this case includes classified material, some of which may only be reviewed in secured spaces, which creates additional logistical burdens.

4. The parties request that the deadline to indict this case be extended to December 21, 2027. Extending this time period for the requested amount would be in the best interests of justice in that it would give the government the opportunity to produce pre-indictment discovery and give the defense the opportunity to review discovery and allow the parties to work towards a non-trial disposition.

WHEREFORE, the parties request that the time to indict this case be extended to and including December 21, 2026, and that the delay resulting from this extension be excluded in computing the time within which an indictment must be filed pursuant to Title 18, United States Code, Section 3161(h). A proposed order is attached to this Motion.

Date: November 13, 2026

Respectfully submitted,

Todd Blanche
Attorney General

Theophani K. Stamos
First Assistant United States Attorney
Eastern District of Virginia

/s/
By: Vito A. Iaia
Assistant United States Attorney

M. Scott Proctor
Acting Assistant Attorney General
National Security Division
U.S. Department of Justice

/s/
By: Kathryn DeMarco
Eli Ross
Trial Attorneys
Counterintelligence-Export Control Section
National Security Division
U.S. Department of Justice

Defense Counsel's Signature: I am counsel for defendant in this case. I have fully explained to the defendant the defendant's right to be charged by indictment within 30-days of arrest. Specifically, I have reviewed the terms and conditions of Title 18, United States Code Section 3161(b), and I have fully explained to the defendant the provisions that may apply in this case. To my knowledge, the defendant's decision to agree to an extension of time to be charged by indictment is an informed and voluntary one.

Date: 11/13/2026

Lauren Rosen

Lauren Rosen
Todd Richman

**CERTIFICATE OF SERVICE**

I hereby certify that on the above-referenced date, I filed the foregoing with the Office of the Clerk of Court electronically using the CM/ECF system, which will automatically send a notification of such filing to all counsel of record.

/s/

Vito A. Iaia
Assistant United States Attorney
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria VA 22314
Tel: (703) 299-3700
Email: Vito.Iaia@usdoj.gov